# EXHIBIT A

# COMPLAINT

EXHIBIT A

Electronically Filed
3/10/2022 8:28 AM
Steven D. Grierson
CLERK OF THE COURT

COM
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

CASE NO: A-22-849499-C
Department 3

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| BRADLEY STERNFELS, | Case No: |
| | Dept. No: |
| Plaintiffs, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION, dba COSTCO WHOLESALE, a foreign corporation; COSTCO WHOLESALE INTERNATIONAL, INC., dba COSTCO WHOLESALE, a Nevada entity; DOES 1-10, ROES I-X, inclusive, | |
| Defendants | |

**COMPLAINT**
**Jury Trial Demanded**

COMES NOW, the Plaintiff, BRADLEY STERNFELS, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., who files this Complaint against the Defendants and would allege as follows:

1. Plaintiff, BRADLEY STERNFELS, is a resident of Clark County, Nevada and did so reside herein during all events complained of in this action.

2. Defendant, COSTCO WHOLESALE CORPORATION, dba COSTCO WHOLESALE, is a foreign corporation licensed to operate and conduct business in Clark County, Nevada and did so reside operate and exist during all events complained of in this action.

3. Defendant, COSTCO WHOLESALE INTERNATIONAL, INC., dba COSTCO WHOLESALE, is a Nevada entity, licensed to operate and conduct business in Clark

1

County, Nevada and did so reside operate and exist during all events complained of in this action.

4. Plaintiff is unaware of the true names and capacities of defendants sued herein as Does 1-10 and Roe Corporations 1-10, and will amend his complaint to show their true names and capacities when the same are ascertained. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by the aforementioned defendants. Plaintiff is further informed and believes and thereon alleges that at all times herein mentioned each and every defendant was the agent and employee of the remaining defendants and, in doing the things hereinafter alleged, was acting within the course and scope of such agency and employment. Each defendant, in doing the acts alleged herein, was acting with the consent, permission and authorization of each of the remaining defendants.

5. Both jurisdiction and venue are appropriate as the Defendant operates and conducts business in Clark County, Nevada; all events complained of occurred in Clark County, Nevada and the amount in controversy exceeds the jurisdictional minimum of this court.

6. On or about October 3, 2021, Plaintiff Sternfels was upon the property store location of the Defendants, known as Costco store location 673 at 791 Marks Street, Henderson, Nevada 89014, wherein Plaintiff was an invitee customer of the Defendants' business location.

7. At all times herein, Plaintiff was lawfully upon the premises of the Defendants' store location as an invitee customer.

8. While at the subject store location, Plaintiff obtained the assistance of an employee/agent of the Defendants who escorted the Plaintiff to a particular area of the store in aid of Plaintiff's shopping activities at the store for flooring materials on October 3, 2021.

9. While the Defendants' employee/agent escorted the Plaintiff through the store, the Plaintiff followed behind the employee/agent as they walked near the food court area.

10. Near the food court area within the store location, a puddle or area of unknown liquid was allowed to exist and remain along the pathway being utilized by the

Defendants' employee/agent and the Plaintiff for an unknown length of time, which created an unreasonably dangerous condition.

11. Without warning or any notice from the Defendants or the Defendants' employee/agent, Plaintiff unexpectedly slipped on the liquid substance and fell backwards onto the floor striking his hip, back, forearm and elbow areas on his body, said injuries necessitating ongoing medical care and treatment.

12. The Defendants negligently, recklessly and unreasonably failed to provide any warning, notice or other indication to the Plaintiff regarding the existence of the liquid substance on the floor area as stated herein.

13. At all times, Defendants are responsible for and have a duty related to the care, maintenance, upkeep and general oversight of the store location, including being responsible for the care, maintenance, upkeep and general oversight of the floor areas utilized by invitee customers of the Defendants, such as Plaintiff.

14. As stated herein, Defendants negligently failed to maintain the subject floor areas and failed to provide a reasonably safe floor condition for use by invitee customers and/or created or allowed a dangerous condition to exist on the floor area of the store.

15. As a direct and proximate result of the Defendants' negligent conduct, Plaintiff suffered personal injuries and damages in an amount in excess of $15,000.

## FIRST CLAIM FOR RELIEF
## NEGLIGENCE

16. Plaintiff realleges, readopts and reincorporates the allegations contained in paragraphs 1 through 15 as though fully set forth herein.

17. At all times, Defendants have a duty of care regarding the maintenance, upkeep and general oversight of the store location, including a duty of care related to the care, maintenance, upkeep and general oversight of the floor areas utilized by invitee customers of the Defendants, such as Plaintiff.

18. The Defendants negligently, recklessly and unreasonably failed to provide any warning, notice or other indication to the Plaintiff regarding the existence of the liquid

3

substance on the floor area as stated herein.

19. Defendants negligently and recklessly failed to maintain the subject floor areas and failed to provide a reasonably safe floor condition for use by invitee customers, all of which directly contributed to the injuries caused to the Plaintiff.

20. Plaintiff's unexpected fall on the floor location, as alleged herein, directly and proximately caused unjustifiable pain and suffering, as well as physical injuries which necessitated extensive medical treatment, including the necessity of future medical treatment for his injuries.

21. As a direct and proximate result of the Defendants' negligent conduct, Plaintiff suffered personal injuries and damages in an amount in excess of $15,000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

1. For compensatory damages in excess of $15,000.
2. For special damages in excess of $15,000.
3. For reasonable attorney's fees incurred herein.
4. For costs of suit and prejudgment interest.
5. For such other and further relief deemed appropriate by this Court.

Dated this 10th day of March, 2022.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

4

**AFFIRMATION REGARDING SOCIAL SECURITY NUMBERS**

I hereby affirm that the foregoing contains no social security numbers.

Dated this 10th day of March, 2022.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

**JURY TRIAL DEMAND**

Pursuant to NRCP Rule 38, Plaintiff does hereby demand a trial by jury of all issues set forth in the complaint.

Dated this 10th day of March, 2022.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff